**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | NO. EP-00-MJ-02316-MAT |
| | § | |
| **GUADALUPE CHAVEZ-ALVARADO,** | § | |
| *Defendant*. | § | |

## ORDER

On this day, the Court considers Defendant's Motion to Suppress ("Motion"), ECF No. 32. On May 2, 2025, this Court held a suppression hearing to consider Defendant's Motion. (ECF No. 40). Parties submitted briefs prior to and following the hearing. (ECF Nos. 32, 33, 42, 43). After due consideration of the parties' briefs and arguments, this Court is of the opinion that Defendant's Motion should be **GRANTED**. In the interest of time, the Court gives this notice, with a comprehensive memorandum opinion to follow.

It is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**SIGNED** and **ENTERED** this <u>14th</u> day of May 2025.

_____
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**